UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCIAN MAYNARD,

        Plaintiff,

Case No.   11-12221

HONORABLE AVERN COHN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 09, 2012 judgment is entered in favor of plaintiff and against defendant and the case is REMANDED for further proceedings.

DAVID WEAVER

Dated: November 9, 2012        By: s/Julie Owens
                                              Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 9, 2012, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                                Case Manager, (313) 234-5160